**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DANA BEECHLER,**

      **Petitioner,**                            **CASE NO. 2:11-CV-696**
                                            **JUDGE MARBLEY**
      **v.**                                 **MAGISTRATE JUDGE KING**

**DEB TIMMERMAN-COOPER, WARDEN,
LONDON CORRECTIONAL INSTITUTION,**

      **Respondent.**

**ORDER**

On February 16, 2012, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed.  Although the parties were advised of their right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of their failure to do so, no objections have been filed.

The *Report and Recommendation,* Doc. No. 13,  is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT.**

                                                    __s/Algenon L. Marbley__
                                                  **ALGENON L. MARBLEY**
                                                  **United States District Judge**