# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN CIVIL CASE

**DANA BEECHLER,**

        **Petitioner,**                    **CASE NO. 2:11-CV-696**
                                         **JUDGE MARBLEY**
     **v.**                            **MAGISTRATE JUDGE KING**

**DEB TIMMERMAN-COOPER, WARDEN,**
**LONDON CORRECTIONAL INSTITUTION,**

        **Respondent.**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the February 13, 2012 Order, the Court ADOPTED AND AFFIRMED the Report and Recommendation.  This action is DISMISSED.

Date:  **March 13, 2012**             **James Bonini, Clerk**

                                        s/Betty L. Clark
                                      Betty L. Clark/Deputy Clerk